IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kenneth R. Price,               ) | C/A No.: 1:20-1873-SAL-SVH |
| Plaintiff,     ) | |
| vs.                                  ) | ORDER |
| Brianna N. Burns,              ) | |
| Defendant.  ) | |

    Kenneth R. Price ("Plaintiff"), proceeding pro se and in forma pauperis, filed an amended complaint alleging Brianna N. Burns ("Defendant") violated his constitutional rights. [ECF No. 8]. By order dated June 10, 2020, service of process of the complaint was authorized. [ECF No. 11]. On September 28, 2020, the summons for Defendant was returned unexecuted. [ECF No. 17]. In the "Remarks" section of the Forms USM-285, the United States Marshals Service ("USMS") indicated the South Carolina Department of Corrections Office of General Counsel could not accept service on behalf of Defendant because she was terminated. *Id.* The remarks also state that they attempted to serve Defendant at her last known address, but the postal report indicates it was unclaimed and that Defendant no longer resides at the address.[1] *Id.*

    Plaintiff was previously warned: "Plaintiff must provide, and is

---

[1] The actual address is redacted for security reasons.

responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified defendant. Unserved defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 16 at 2]. Plaintiff is directed to complete by **October 13, 2020**, a Form USM-285 that provides additional information to allow the USMS to serve Defendant. If Plaintiff fails to do so, the undersigned will recommend this case be dismissed.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 28, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge